# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1888
_____

Joseph Anthony Favors

*Plaintiff - Appellant*

v.

Michelle Hoover; Emily Johnson Piper; Daniel Storkamp; Dennis Benson; Jeanine Herbert; Lori Swanson; Ralph Schmidt; Mandy Torgerson; Rob Rose; Dianna Magaard; Deb James; Juli Rose; Beth Virden; Joann Fabian; Jeffrey L. Peterson; Deborah J. Schadegg; Christopher Boreland; Mark Mehl; John King; Ann Linkert (Zimmerman); Jean Seykora; Thomas Lundquist; Chad Mesojedec; Todd White; (O.D.) Guillickson; Terry Kniesel; Jamie Kozisch; Tracy Gebhart; Craig Berg; Steve Youngst; Jon Hibber; Kevin Schlerer; Jena Jones; Rick O'Conner; Eyvette Anderson; Office of Health Facility Complaints; DHS Office of Maltreatment Complaints; Office of Licensing for the Security Hospital; The State of Minnesota; Rebecca Ranem

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: November 4, 2016
Filed: November 8, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Joseph Anthony Favors appeals, following the entry of final judgment, a district court[1] order granting certain defendants' motions to dismiss his 42 U.S.C. § 1983 action. Upon de novo review, see Topchian v. JPMorgan Chase Bank, N.A., 760 F.3d 843, 848-49 (8th Cir. 2014), we find no error in the district court's analysis of Mr. Favors's claims. We grant the motion to supplement the record filed by Appellees Christopher Boreland and Mark Mehl, and we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.